# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LEWALD, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, et al., | : | |
| *Defendants.* | : | NO. 22-cv-04625 |

## O R D E R

**AND NOW,** this 23rd day of February 2023, upon consideration of Plaintiff's Motion to Appoint Counsel (ECF No.12), it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 12) is **GRANTED** in part and **DENIED** in part as follows:

1. The Clerk of Court shall attempt to appoint counsel form the Court's Prisoner Panel for Pro Se Plaintiffs in prisoner civil rights cases by placing this case on the Court's extranet site for review by attorneys who are members of the Panel; and

2. This case is placed in suspense for ninety (90) days or until further order of the Court.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**