Dear Clerk                                                                                  03/08/2023

RE: 22-CV-04625
Lewald v Pa. Department of Corrections

      Docket sheet for this case shows "Date Terminated: 02/23/2023" in the upper right-hand corner. Could you please confirm this case is in "suspense" as ordered by Honorable Judge Kenney and not actually "terminated" or "closed" and requiring refiling of complaint? Also, could you please confirm Marshal Service will continue to serve summons and complaint to all defendants during this 90-day suspense?

      Thank you,

      Troy Vincent Lewald
      NS1262
      1200 Mokychic Dr.
      Collegeville, PA 19426

Smart Communications/PADOC
SCI- PNX
Name Troy Lewald
Number NS1263
PO Box 33028  1300 Mokychic Dr.
St Petersburg FL 33733
Collegeville, PA 19426

R E C E I V E D
MAR 1 3 2023
BY:_____



PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
03/09/2023
US POSTAGE $000.60⁰
ZIP 19426
041M1225221

U.S.M.S.
X-RAY

Clerk
US District Court
Philadelphia, PA 19106-9865