Dear Marshals Service:                               02/07/2023

                        Please may I have the Summons for #22-CV-4625 to complete and return for service to Defendants?

                        Thank you,

                        Troy Vincent Lewald
                        NS 1242
                        1200 Mokychic Dr.
                        Collegeville, PA 19426

United States Marshals Service
RECEIVED

FEB 14 2023

Eastern District of Pennsylvania