IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY LEWALD,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF CORRECTIONS, et al.,** | : | |
| *Defendants*. | : | NO. 22-cv-04625 |

## NOTICE and ORDER

**AND NOW,** this 15th day of March 2023, after review of the docket and upon consideration of Plaintiff Troy Lewald's letter (ECF Nos. 14), it is hereby **NOTICED** that:

1. The above-captioned matter is in SUSPENSE (ECF No. 13).

2. The "Date Terminated: 2/23/2023" is not a true termination of the case, but refers to the date in which the case was placed in Suspense (ECF No. 13). The above-captioned matter is **not** "terminated" or "closed".

3. There is no need for Plaintiff to refile the Complaint.

4. The US Marshal Service will continue to serve summons and complaint on all defendants during the suspense period.

Upon consideration of Plaintiff Troy Lewald's Letter to the US Marshal Service (ECF No. 15), the US Marshal Service will send out another set of USM-285 Forms to Mr. Lewald under separate cover.[1] It is hereby **ORDERED** that Mr. Lewald, upon receipt of the USM-285 Forms, shall promptly and completely fill out and return the USM-285 Forms to the US Marshal Service, per their instructions.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

---

[1] It is the Court's understanding that the US Marshal Service sent Mr. Lewald the USM-285 Forms on February 15, 2023, but did not receive the completed forms from Plaintiff, instead received Mr. Lewald's Letter (ECF No. 15) requesting the summons for the above-captioned matter.