PROCESS RECEIPT AND RETURN
*See Instructions for Service of Process by U.S. Marshal*

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| "Employee" Fitzgerald-Young | Summons/Complaint |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
"Employee" Fitzgerald-Young, PADOC SCI-PHX
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
1200 Mokychic Dr., Collegeville, PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 47
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTIC@PA.GOV

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER

DATE
02/21/2023

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Sina Orlando. Superintendents Assistant

Address *(complete only different than shown above)*
SCI Phoenix

Date: 4/7/23   Time: 11:39 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Process accepted via Electronic Service
on Behalf of Fitzgerald-Young

Service Fee
1 hr × $65.00/hr = $65.00
Mileage = 0

Total $0   IFP

United States Marshals Service
RECEIVED
MAR 1 6 2023
Eastern District of Pennsylvania

Form USM-235
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| John Muick | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT:
John Muick, PADOL SCI-PHX
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr., Collegeville, PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | | 02/21/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Gina Orlando Superintendents Assistant | 4/7/23 | 11:39 | ☒ am ☐ pm |
| Address (complete only different than shown above) SCI Phoenix | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service on Behalf of John Muick

Service Fee:
1 HR × 65.00/hr = $65.00
Mileage = 0
Total = 0   IFP

United States Marshals Service
RECEIVED
MAR 1 6 2023
Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See _Instructions for Service of Process by U.S. Marshal_

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Charles Hensley | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT
Charles Hensley, PADOC SCI-PHX

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr., Collegeville PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER

DATE
02/21/2023

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

Name and title of individual served (if not shown above)
Gina Orlando Superintendent's Assistant

Address (complete only different than shown above)
SCI Phoenix

Date  4/7/23   Time  11:39  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Process accepted via Electronic Service on Behalf of Charles Hensley

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = 0
Total = 0   IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

PROCESS RECEIPT AND RETURN

i. Department of Justice
ited States Marshals Service

See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Lisa Durant | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT {
Lisa Durant, PADOC SCI-PHX

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr., Collegeville, PA 19426

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Troy Vincent Lewald, NS1262 | Number of process to be served with this Form 285: 2 |
| 1200 Mokychic Dr. | Number of parties to be served in this case: 47 |
| Collegeville, PA 19426 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, all Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTICE@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02/21/2023 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☒ am ☐ pm |
|---|---|---|---|
| Gina Orlando Superintendents Assistant | 4/7/23 | 11:39 | |
| Address *(complete only different than shown above)* SCI Phoenix | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet >>*

REMARKS

Process accepted via Electronic Service
on Behalf of Lisa Durant

Service Fee:
1 Hr × $65.00/hr = $65.00
Mileage = 0
                              Total = 0   IFP

**United States Marshals Service**
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

*See Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Melissa Delliponti | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT
Melissa Delliponti, PADOC SCI-PHX

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1200 Mokychic Dr., Collegeville, PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

RA-CRLITIGATIONNOTICE@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | | 02/21/2023 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☒ a.m. ☐ p.m. |
|---|---|---|---|---|
| Gina Orlando   Superintendents Assistant | | 4/7/23 | 11:39 | |
| Address *(complete only different than shown above)* SCI Phoenix | | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service
on Behalf of Melissa Delliponti

Service Fee
1 HR / 65.00/hr = 65.00
Mileage = 0
Total = 0   IFP

United States Marshals Service
RECEIVED

MAR 16 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lenald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Regina Curby | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT {

Regina Curby, PADOC  SCI-PHX

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1200 Mokychic Dr., Collegeville, PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lenald/ NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

Alt Address: 1920 Technology Parkway, Mechanicsburg, PA 17050

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER

DATE   02/21/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

Name and title of individual served (if not shown above)

Tina Orlando  Superintendents Assistant

Address (complete only different than shown above)

SCI Phoenix

| Date | Time | |
|---|---|---|
| 4/7/23 | 11:39 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted Via Electronic Service
on Behalf of Regina Curby

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = 0

Total = 0  IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-235
Rev. 03/21

s. Department of Justice
ited States Marshals Service

PROCESS RECEIPT AND RETURN

*See Instructions for Service of Process by U.S. Marshal*

AINTIFF

Troy Vincent Lewald

COURT CASE NUMBER

22-CV-04625

EFENDANT

Kelly Sheeran

TYPE OF PROCESS

Summons / Complaint

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE { Kelly Sheeran, PADOC SCI-PHX
AT  { ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
      1200 Mokychic Dr., Collegville, PA 19426

ND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

PECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
l Telephone Numbers, and Estimated Times Available for Service):

RACRLITIGATIONNOTICE@PA.GOV

Alt Address: 1920 Technology Parkway, Mechanicsburg, PA 17050

gnature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE
02/21/2023

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| cknowledge receipt for the total number of process indicated. ge only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the dividual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

e and title of individual served (if not shown above)

Jma Orlando  Superintendents Assistant
SCI Phoenix

Date
4/7/23

Time
11:39  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy

ddress (complete only different than shown above)

Costs shown on attached USMS Cost Sheet >>

EMARKS

Process accepted via Electronic Service
a Behalf of Kelly Sheeran

Service Fee
1 HR x $65.00/hr = $65.00
Mileage = 0
Total = 0  SFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

*See instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Susan Nardella | Summons / Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | Susan Nardella, PADOC SCI-PHX |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1200 Mokychic Dr., Collegeville, PA 19426 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

Alt Address: 1920 Technology Parkway, Mechanicsburg, PA 17050

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | ☐ DEFENDANT | | 02/21/2023 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Gina Orlando Superintendents Assistant | 4/7/23 | 11:39 | ☒ am ☐ pm |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |
| SCI Phoenix | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service

on Behalf of Susan
                    Nardella

Service Fee
  1 HR x $65.00/hr = $65.00
        Mileage = $0
                    Total = $0  IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-235
Rev. 03/21

s. Department of Justice
ited States Marshals Service

PROCESS RECEIPT AND RETURN
*See Instructions for Service of Process by U.S. Marshal*

| AINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Brian Kline | Summons / Complaint |

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| SERVE { Brian Kline, PADOC SCI-PHX |
| AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
|  1200 Mokychic Dr., Collegeville, PA 19426 |

| ND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Troy Vincent Lewald / NS1262 | Number of process to be served with this Form 285 | 2 |
| 1200 Mokychic Dr. | Number of parties to be served in this case | 47 |
| Collegeville, PA 19426 | Check for service on U.S.A. | |

PECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, ll Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTICE@PA.GOV

| gnature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* Troy Vincent Lewald | | | 02/21/2023 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the idividual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below.)*

| me and title of individual served (if not shown above) | Date | Time | ☒ am ☐ pm |
|---|---|---|---|
| Gina Orlando Superintendents Assistant | 4/7/23 | 11:39 | |
| ddress (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |
| SCI Phoenix | *[signature]* | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service
on Behalf of Brian Kline

Service Fee : $65.00/hr = $65.00
1 HR × 65.00/hr = 65.00
Mileage = 0

Total = 0  IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See Instructions for Service of Process by U.S. Marshal*

| | COURT CASE NUMBER |
|---|---|
| PLAINTIFF  Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT  Jason Stimmel | TYPE OF PROCESS  Summons/Complaint |

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| SERVE AT  Jason Stimmel, PADOC  SCI-PHX |
| ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  1200 Mokychic Dr., Collegeville, PA  19426 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTIC@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE  02/21/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*  Gina Orlando  Superintendents Assistant | Date  4/7/23 | Time  11:39 | ☒ am  ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)*  SCI Phoenix | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Process accepted via Electronic Service
on Behalf of Jason Stimmel

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Service Fee
1 HR × $65.00/hr = 65.00
Mileage = 0
Total = 0   IFP

Form USM-285
Rev. 03/21

, Department of Justice
ted States Marshals Service

PROCESS RECEIPT AND RETURN

See *Instructions for Service of Process by U.S. Marshal*

| AINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| FENDENT | TYPE OF PROCESS |
| Kim Waidelich | Summons / Complaint |

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| SERVE AT | Kim Waidelich, PADOC SCI-PHX |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 1200 Mokychic Dr., Collegeville, PA 19426 |

| ND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Troy Vincent Lewald / NS1262 | Number of process to be served with this Form 285 | 2 |
| 1200 Mokychic Dr. | Number of parties to be served in this case | 47 |
| Collegeville, PA 19426 | Check for service on U.S.A | |

ECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*l Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTICE@PA.GOV

| gnature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02/21/2023 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| the nowledge receipt for the total mber of process indicated gn only for USM 285 if more ne one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the
divid al, company, corporation, etc., at the address shown above or on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| nam and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Gina Orlando Superintendents Assistant | 4/7/23 | 11:39 | ☒ am ☐ pm |
| address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |
| SCI Phoenix | | | |

Costs shown on *attached USMS Cost Sheet >>*

EMARKS

Process accepted via Electronic Service
on Behalf of Kim Waidelich

Service Fee
1 HR x 65.00/hr = 65.00
Mileage = 0
Total 0  IFP

**United States Marshals Service
RECEIVED**

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-235
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Monique Savage | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT {
Monique Savage, PADOC SCI-PHX

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1200 Mokychic Dr., Collegeville, PA 19426
}

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

Signature of Attorney other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 02/21/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Gina Orlando - Superintendent's Assistant

| Date | Time |
|---|---|
| 4/7/23 | 11:39 ☒ am ☐ pm |

Address (complete only different than shown above)

SCI Phoenix

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service
on Behalf of Monique Savage

Service Fee
1 HR × 65.00/hr = 65.00
Mileage = 0
Total 0  IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

s. Department of Justice
ited States Marshals Service

PROCESS RECEIPT AND RETURN

*See Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Britney Huner | Summons / Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE | Britney Huner, PADOC SCI-PAX |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1200 Mokychic Dr, Collegeville, PA 19426 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTICE@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 02/21/2023 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time |
|---|---|---|---|
| Gina Orlando - Superintendents Assistant | | 4/7/23 | 11:39 |
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |
| SCI Phoenix | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service
on Behalf of Britney Huner

Service Fee $65.00/hr = $65.00
1 HR × $65.00/hr
Mileage = 0
Total = $0 IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Mandy Biser-Sipple | Summons/ Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | Mandy Biser-Sipple , PADOC SCI-PHX |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1200 Mokychic Dr., Collegeville, PA 19426 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Troy Vincent Lewald /NS1262 | Number of process to be served with this Form 285 | 2 |
| 1200 Mokychic Dr. | Number of parties to be served in this case | 47 |
| Collegeville, PA 19426 | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

RA-CRLITIGATIONNOTIC@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 02/21/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Sina Orlando - Superintendents Assistant | 4/7/23 | 11:39 | ☒ |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |
| SCI Phoenix | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service
On Behalf of Mandy Biser-Sipple

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = 0
Total = 0  IFP

United States Marshals Service
RECEIVED

MAR 16 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Joseph Terra | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT: Joseph Terra, PADOC SCI-PHX

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr, Collegeville, PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 47
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 

DATE: 02/21/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

Name and title of individual served:
Tina Orlando Superintendents Assistant

Address: SCI Phoenix

Date: 4/7/23   Time: 11:39

REMARKS:
Process accepted Via Electronic Service on Behalf of Joseph Terra

Service Fee: 65.00/hr × 1 HR = 65.00
Mileage = 0
Total = 0   IFP

United States Marshals Service
RECEIVED
MAR 1 6 2023
Eastern District of Pennsylvania

Form USM-235
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See Instructions for Service of Process by U.S. Marshal*

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| "Employee" Grenon | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT {
"Employee" Grenon, PADOC SCI-PHX

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr, Collegeville, PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

| | | | |
|---|---|---|---|
| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02/21/2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | Date | Time | |
|---|---|---|---|---|
| Gina Orlando  Superintendents Assistant | | 4/7/23 | 11:39 | ☒ am ☐ pm |
| Address (complete only different than shown above) SCI Phoenix | | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service
on Behalf of Grenon

Service Fee
1 Hr x $65.00/hr = $65.00
Mileage = $0

Total = $0   IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

**PROCESS RECEIPT AND RETURN**
*See Instructions for Service of Process by U.S. Marshal*

S. Department of Justice
ited States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Robert Choate | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT:
Robert Choate, PADOC SCI-PHX
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr., Collegeville, PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

Signature of Attorney other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 02/21/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

Name and title of individual served (if not shown above):
Gina Orlando - Superintendents Assistant

| Date | Time | |
|---|---|---|
| 4/7/23 | 11:39 | ☑ am ☐ pm |

Address (complete only different than shown above):
SCI Phoenix

Signature of U.S. Marshal or Deputy:

Costs shown on attached USMS Cost Sheet >>

REMARKS:

Process accepted via Electronic Service
on Behalf of Robert Choate

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = $0

Total = $0   IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-235
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| | COURT CASE NUMBER |
|---|---|
| PLAINTIFF Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT Shanda Deshield | TYPE OF PROCESS Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT: Shanda Deshield /PADOC SCI-PHX

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr., Collegeville, PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTICE@PA.GOV

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 02/21/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted.) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

| Name and title of individual served (if not shown above) | | Date | Time | |
|---|---|---|---|---|
| Gina Orlando Superintendents Assistant | | 4/7/23 | 11:39 | [X] am [ ] pm |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | | |
| SCI Phoenix | | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service
On Behalf of Shanda Deshield

Service Fee,
1 HR x 65.00/hr = 65.00
Mileage = 0

Total = 0  IFP

United States Marshals Service
RECEIVED
MAR 1 6 2023
Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for Service of Process by U.S. Marshal*

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Leandra Strenkoski | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**  Leandra Strenkoski, PADOC SCI-PHX

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr., Collegeville, PA 19426

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Troy Vincent Lewald / NS1242 | Number of process to be served with this Form 285: **2** |
| 200 Mokychic Dr. | Number of parties to be served in this case: **47** |
| Collegeville, PA 19426 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 02/21/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | Date | Time | |
|---|---|---|---|---|
| Gina Orlando   Superintendent's Assistant | | 4/7/23 | 11:39 | ☒ am ☐ pm |
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | | |
| SCI Phoenix | | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS
Process accepted via Electronic Service on Behalf of Leandra Strenkoski

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = 0
Total = 0   IFP

United States Marshals Service
RECEIVED
MAR 16 2023
Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Anthony Matteo | Simmons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT:
Anthony Matteo, PADOC  SCI-PHX
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr., Collegeville, PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

RA-CRLFTIGATIONNOTICE@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | | 02/21/2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below.)*

| Name and title of individual served (if not shown above) | | | Date | Time | |
|---|---|---|---|---|---|
| Gina Orlando  Superintendents Assistant | | | 4/7/23 | 11:39 | ☒ am ☐ pm |
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | | | |
| SCI Phoenix | | [signature] | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS:

Process accepted via Electronic Service
on Behalf of Anthony Matteo

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = 0

Total = 0   IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-235
Rev. 03/21

U. S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Paul Noel | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT
Paul Noel, PADOC CO
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1920 Technology Parkway, Mechanicsburg, PA 17050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 02/21/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Stacy Sentz Legal Office Administrator 2
Address (complete only different than shown above)
PA DOC - office of Chief Counsel

| Date | Time | |
|---|---|---|
| 3/21/23 | 2:06 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Process accepted via Electronic Service

Service Fee:
1 HR x $65.00/hr = $65.00
Mileage - 0
Total = $0 IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 05/21

S. Department of Justice
ited States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See ...*

AINTIFF

Troy Vincent Lewald

DEFENDANT

Trevor Wingard

COURT CASE NUMBER

22-CV-04625

TYPE OF PROCESS

Summons / Complaint

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE Trevor Wingard, PADOC CO

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1920 Technology Parkway, Mechanicsburg, PA 17050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

Number of process to be served with this Form 285: **2**

Number of parties to be served in this case: **47**

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER

DATE   02/21/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk. | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in 'Remarks', the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Stacy Centi, Legal office Administrator 2

Address (complete only different than shown above)

PA DOC - office of Chief Counsel

Date   3/21/23   Time   2:06   ☐ am   ☒ pm

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service

Service Fee
1 HR × $65.00/hr = $65.00
Mileage -- 0
Total = $0   IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Darina Varner | Summons/Complaint |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Darina Varner, PA DOC Co

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1920 Technology Parkway, Mechanicsburg, PA 17050

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 2 |
|---|---|---|
| Troy Vincent Lewald /NS1262 | Number of parties to be served in this case | 47 |
| 1200 Motychic Dr. | | |
| Collegeville, PA 19426 | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 02/21/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

| Name and title of individual served (if not shown above) | | Date | Time | ☐ am |
|---|---|---|---|---|
| Stacy Sentz  Legal Office Administrator 2 | | 3/21/23 | 2:06 | ☒ pm |
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | | |
| PA DOC - office of Chief Councel | | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS
Process accepted via Electronic Service

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Service Fee
1 HR x 65.00/hr = 65.00
Mileage = 0
Total = 0  IFP

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| George M. Little | Summons / Complaint |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

SERVE: George M. Little, PADOC CO

AT: **ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)
1920 Technology Park Way, Mechanicsburg, PA 17050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

RA-CRLITIGATIONNOTIC@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 02/21/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| Stacy Sentz Legal Office Administrator 2 | 3/2/23 | 2:06 | |
| Address (complete only different than shown above) PA DOC - office of Chief Counsel | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Process accepted via Electronic Service

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = 0
                                    Total = 0 IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

s. Department of Justice
ited States Marshals Service

**PROCESS RECEIPT AND RETURN**

See *Instructions for Service of Process by U.S. Marshal*

| AINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| EPENDANT | TYPE OF PROCESS |
| Keri Moore | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE { Keri Moore, PADOC  CO

AT { ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1920 Technology Parkway, Mechanicsburg, PA 17050

ND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Troy Vincent Lewald / NS1262 | Number of process to be served with this Form 285   2 |
| 1200 Mokychic Dr. | Number of parties to be served in this case   47 |
| Collegeville, PA 19426 | Check for service on U.S.A |

PECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*ll Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTIC@PA.GOV

| gnature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02/21/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the idividual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below.)*

| ame and title of individual served *(if not shown above)* | | Date 3/21/23 | Time 2:06 | ☐ am ☒ pm |
|---|---|---|---|---|
| tacy Sentz Legal Office Administrator 2 | | | | |
| ddress *(complete only different than shown above)* PA DOC — office of Chief Counsel | | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet >>*

EMARKS
Process accepted via Electronic Service

Service Fee
1 HR X $65.00/hr = $65.00
Mileage = 0
Total = $0  IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John Silva | Summons / Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | John Silva, PADOC Co |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1920 Technology Parkway, Mechanicsburg, PA 17050 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Troy Vincent Lewald / NS1262 | Number of process to be served with this Form 285: 2 |
| 1200 Mokychic Dr. | Number of parties to be served in this case: 47 |
| Collegeville, PA 19426 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 02/21/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Tacy Scntz Legal office Administrator 2 | 3/21/23 | 2:06 | ☒ pm |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |
| PA DOC - office of Chief Counsel | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = 0
Total $0 IFP

United States Marshals Service
RECEIVED
MAR 1 6 2023
Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

s. Department of Justice
ited States Marshals Service

PROCESS RECEIPT AND RETURN

*See [illegible]*

| AINTIFF |  | COURT CASE NUMBER |
| --- | --- | --- |
| Troy Vincent Lewald |  | 22-CV-04625 |
| EFENDANT |  | TYPE OF PROCESS |
| Pennsylvania Department of Corrections |  | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE
AT
Pennsylvania Department of Corrections      CO
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1920 Technology Park way, Mechanicsburg, PA 17050

END NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

PECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*f Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTIC@PA.GOV

| gnature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
| --- | --- | --- | --- |
|  |  |  | 02/21/2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
| --- | --- | --- | --- | --- | --- |

hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below.)*

| Name and title of individual served (if not shown above) |  | Date | Time | ☐ am |
| --- | --- | --- | --- | --- |
| Stacy Sentz Legal office Administrator 2 |  | 3/21/23 | 2:06 | ☒ pm |
| Address (complete only different than shown above) |  | Signature of U.S. Marshal or Deputy | | |
| PA DOC - Office of Chief Counsel |  | | | |

Costs shown on attached USMS Cost Sheet >>

EMARKS

Process accepted via Electronic Service

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Service Fee
1 HR X $65.00/hr = $65.00
Mileage = 0

Total   0
IFP

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Tammy Ferguson | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE Tammy Ferguson, PADOC CO

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1920 Technology Parkway, Mechanicsburg, PA 17050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1263
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, ) (Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER   DATE   02/21/2023

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)   Total Process   District of Origin No.   District to Serve No.   Signature of Authorized USMS Deputy or Clerk   Date

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Stacy Lentz Legal Office Administrator 2

Address (complete only different than shown above)
PA DOC - office of Chief Counsel

Date   3/14/23   Time   2:06   ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = $0
Total = $0 IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Michael R. Clark | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT
Michael R. Clark , PADOC   SCI - AIB

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10745 Route 18 , Albion, PA 16475-0001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Vincent Lewald / NS1202
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE @ PA.GOV

Alt Address: 1920 Technology Parkway, Mechanicsburg, PA 17050

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER

DATE   02/21/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | Date | Time | ☐ am |
|---|---|---|---|---|
| Michele Tharp   Superintendents Assistant | | 3/20/23 | 2:28 | ☒ pm |
| Address (complete only if different than shown above) | | Signature of U.S. Marshal or Deputy | | |
| SCI Albion | | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service

Service Fee
  1 HR × $65.00/hr = $65.00
  Mileage = 0
  ─────────────
  Total = $0   IFP

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-235
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for Service of Process by U.S. Marshal*

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Tiffany Wills | Summons/Complaint |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Tiffany Wills, PADOC SCI-ALB

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

10745 Route 18, Albion, PA 16475

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Troy Vincent Lewald/ NS1262 | Number of process to be served with this Form 285: **2** |
| 1200 Mokychic Dr. | Number of parties to be served in this case: **47** |
| Collegeville, PA 19426 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02/21/2023 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 3/20/23 | Time 2:28 | ☐ am ☒ pm |
|---|---|---|---|
| Michele Tharp - Superintendente Assistant | | | |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |
| SCI Albion | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service

Service Fee
1 HR X 65.00/hr = $65.00
Mileage = 0
Total $0 IFP

United States Marshals Service
**RECEIVED**

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

, Department of Justice
ited States Marshals Service

PROCESS RECEIPT AND RETURN

See *Instructions for Service of Process by U.S. Marshal*

| AINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| EFENDANT | TYPE OF PROCESS |
| "Employee" Ninan | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE { "Employee" Ninan, PADOC CO

AT { ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1920 Technology Parkway, Mechanicsburg, PA 17050

ND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 255 | 2 |
|---|---|
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A | |

'ECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*I Telephone Numbers, and Estimated Times Available for Service)*:

RA-CRLITIGATIONNOTICE@PA.GOV

| gnature of Attorney other Originator requesting service on behalf of | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 02/21/2023 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the idividual, company, corporation, etc. at the address shown above or on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below.)*

| ame and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet >>*

'EMARKS

Individual doesn't work at
1920 Technology Pky Mechaniesburg PA
Plaintiff
Must provide correct
address
As well as First name

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See _Instructions for Service of Process by U.S. Marshal_

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Robert Poli | Summons/Complaint |

SERVE {
  NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Robert Poli, PADOC CO
  AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  1920 Technology Parkway, Mechanicsburg, PA 17050
}

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1800 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02/21/2023 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

| Name and title of individual served (if not shown above) | | Date | Time | ☐ am ☐ pm |
|---|---|---|---|---|
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Individual doesn't work at
1920 Technology Pky Mechanicsburg PA
Plaintiff
Must Provide Correct address

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

s. Department of Justice
ited States Marshals Service

## PROCESS RECEIPT AND RETURN
See *instructions for Service of Process by U.S. Marshal*

| AINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| EFENDANT | TYPE OF PROCESS |
| Jaime Sorber | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE { Jaime Sorber, PADOC CO

AT { ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1920 Technology Parkway, Mechanicsburg, PA 17050

ND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mofychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

ECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses.*
*'l Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTICE@PA.GOV

| gnature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02/21/2023 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the dividual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below.)*

| ame and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| ddress *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

Costs shown on *attached USMS Cost Sheet >>*

EMARKS

Individual doesn't Work at
1920 Technology Pky Mechanicsburg PA

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Dennis Cotton | Summons / Complaint |

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| SERVE Dennis Cotton , PADOC CO |
| AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| 1920 Technology Parkway, Mechanicsburg, PA 17050 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Troy Vincent Lewald / NS1262 | Number of process to be served with this Form 285: **2** |
| 1200 Nokychic Dr. | Number of parties to be served in this case: **47** |
| Collegeville, PA 19426 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02/21/2023 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Individual doesn't Work at
1920 Technology Pky Mechanicsburg PA
Plaintiff
Must provide Correct address

**United States Marshals Service
RECEIVED**

**MAR 1 6 2023**

**Eastern District of Pennsylvania**

Form USM-285
Rev. 03/21

S. Department of Justice
ited States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| AINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| EFENDANT | TYPE OF PROCESS |
| Teri Reid | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE { Teri Reid, PADOC CO

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1920 Technology Parkway, Mechanicsburg, PA 17050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02/21/2023 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

| Name and title of individual served (if not shown above) | | Date | Time | ☐ am ☐ pm |
|---|---|---|---|---|
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS:

Individual doesn't work at
1920 Technology Pky Mechanicsburg, PA.
Plaintiff
Must provide correct address

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

*See Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Paul Ennis | Summons / Complaint |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Paul Ennis, PADOC CO

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1920 Technology Parkway, Mechanicsburg, PA 17050

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Troy Vincent Lewald / NS1262 | Number of process to be served with this Form 285: **2** |
| 1200 Mokychic Dr. | Number of parties to be served in this case: **47** |
| Collegeville, PA 19426 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | | 02/21/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below.)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

### REMARKS

Individual doesn't work at 1920 Technology Pky Mechanicsburg Pa Plaintiff Must provide Correct address

**United States Marshals Service**
**RECEIVED**

MAR 1 6 2023

**Eastern District of Pennsylvania**

Form USM-285
Rev. 03/21

s. Department of Justice
ited States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| AINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| EFENDANT | TYPE OF PROCESS |
| Robert Terra | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE { Robert Terra, PADOC CO

AT ADDRESS *(Street or RFD, Apartment No. City, State and ZIP Code)*
1920 Technology Parkway, Mechanicsburg, PA 17050

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Troy Vincent Lewald / NS1202 | Number of process to be served with this Form 285 — 2 |
| 1200 Mokychic Dr. | Number of parties to be served in this case — 47 |
| Collegeville, PA 19426 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

RA-CRLITIGATIONNOTIC@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | | 02/21/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet >>*

REMARKS

Robert Terra is Deceased

No Further endeavor

**United States Marshals Service**
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

s. Department of Justice
ited States Marshals Service

# PROCESS RECEIPT AND RETURN
See _Instructions for Service of Process by U.S. Marshal_

| AINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| EFENDANT | TYPE OF PROCESS |
| Jane Rieger | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE { Jane Rieger, PADOC CO

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1920 Technology Parkway, Mechanicsburg, PA 17050

ND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

ECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
'l Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

| gnature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | | 02/21/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the ndividual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| lame and title of individual served (if not shown above) | | Date | Time | ☐ am ☐ pm |
|---|---|---|---|---|
| ddress (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Individual doesnt Work at
1920 Tech. Pky Mechanicsburg PA
Plaintiff MUST provide
Correct address

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Melinda Adams | Summons / Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | Melinda Adams, PADOC Co |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1920 Technology Parkway, Mechanicsburg, PA 17050 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02/21/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|

Costs shown on attached USMS Cost Sheet >>

REMARKS

Individual doesn't work at
1920 Technology Parkway, Mechanicsburg PA
Plaintiff
Must provide Correct address

**United States Marshals Service**
**RECEIVED**

MAR 1 6 2023

**Eastern District of Pennsylvania**

Form USM-235
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for Service of Process by U.S. Marshal*

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Lisa Baird | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE {  Lisa Baird, PADOC CO

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1920 Technology Parkway, Mechanicsburg, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER | DATE
02/21/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date
| | | No. | No. | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below.)

| Name and title of individual served (if not shown above) | | Date | Time | ☐ am ☐ pm |
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Lisa Baird is a contracted
employee that doesnt work at
1920 Technology Parkway Mechanicsburg PA
Plaintiff must provide correct address
Process will need to be accepted by the
representative for the agency she is contracted through

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U. Department of Justice
 United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| | |
|---|---|
| PLAINTIFF <br> Troy Vincent Lewald | COURT CASE NUMBER <br> 22-CV-04625 |
| DEFENDANT <br> Kip Hallman | TYPE OF PROCESS <br> Summons/Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE <br> AT | Kip Hallman, Wellpath Holdings LLC |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) <br> 3340 Perimeter Dr., Nashville, TN 37211 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Troy Vincent Lewald / NS1262 <br> 1200 Mokychic Dr. <br> Collegeville, PA 19426 | Number of process to be served with this Form 285   2 |
| | Number of parties to be served in this case   47 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE <br> 02/21/2023 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin <br> No. | District to Serve <br> No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below.)*

| Name and title of individual served (if not shown above) <br> Kawndra Robinson - Claims Pro SE adjuster, PMP | | Date <br> 3/21/23 | Time <br> 3:35 | ☐ am <br> ☒ pm |
|---|---|---|---|---|
| Address (complete only different than shown above) <br> Wellpath <br> 3340 Perimeter Hill Dr <br> Nashville, TN 37211 | | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service

**United States Marshals Service**
RECEIVED

MAR 1 6 2023

**Eastern District of Pennsylvania**

Service Fee:
1 HR x $65.00/hr = $65.00
Mileage = 0
Total $65.00 IFP

Form USM-285
Rev. 03/21

**PROCESS RECEIPT AND RETURN**

S. Department of Justice
nited States Marshals Service

*See Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Wellpath Holdings LLC | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE { Wellpath Holdings LLC

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

3340 Perimeter Dr., Nashville, TN 37211

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Vincent Lewald / NS1262
200 Mokychic Dr.
Collegeville, PA 19428

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER

DATE  02/21/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Laundra Robinson- Claims Pro SE adjuster, PMP

Address (complete only different than shown above)

3340 Perimeter Hill Dr.
Nashville, TN. 37211

| Date | Time |  |
|---|---|---|
| 3/21/23 | 3:35 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = $0

Total = $0 IFP

United States Marshals Service

RECEIVED

MAR 10 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

5. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

PLAINTIFF
Troy Vincent Lewald

COURT CASE NUMBER
22-CV-04625

DEFENDANT
Anthony Litizio

TYPE OF PROCESS
Summons/Complaint

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | Anthony Litizio, PADOC SCI-PHX ℅ Wellpath Holdings LLC |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1200 Mokychic Dr., Collegeville, PA 19426 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

Number of process to be served with this Form 285: **2**

Number of parties to be served in this case: **47**

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

ALT Address= Wellpath Holdings LLC, 3340 Perimeter Hill Dr., Nashville, TN 37211

Signature of Attorney other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE
02/21/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| Acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below.)

Name and title of individual served (if not shown above)
aundra Robinson-Claims Pro SE Adjuster, PHP

Date 3/24/23   Time 3:35 ☐ am ☒ pm

Address (complete only different than shown above)
3340 Perimeter Hill Dr
Nashville, TN 37211

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process Accepted Via Electronic Service

Service Fee
1 HR × $65.00/hr = $65.00
Mileage = $0
Total $0  IFP

**United States Marshals Service**
**RECEIVED**

MAR 1 6 2023

**Eastern District of Pennsylvania**

Form USM-235
Rev. 03/21

. Department of Justice
ted States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for Service of Process by U.S. Marshal*

| AINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| FENDANT | TYPE OF PROCESS |
| Carol Annino | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE
AT

Carol Annino, PADOC SCI-PHX   ℅ Wellpath Holdings LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr., Collegeville, PA 19426

| ND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 2 |
|---|---|---|
| Troy Vincent Lewald / NS1262 | Number of parties to be served in this case | 47 |
| 1200 Mokychic Dr. | Check for service |  |
| Collegeville, PA 19426 | on U.S.A | |

ECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses.)*
*(Telephone Numbers, and Estimated Times Available for Service)*:

RA-CRLITIGATIONNOTICE@PA.GOV

ALT Address: Wellpath Holdings LLC, 3340 Perimeter Dr., Nashville, TN 37211

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | ☐ DEFENDANT | | 02/21/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below.)*

| Name and title of individual served (if not shown above) | | Date | Time | ☐ am |
|---|---|---|---|---|
| Laundra Robinson-Claims Pro SE Adjuster, PMP | | 3/21/23 | 3:35 | ☒ pm |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | | |
| 3340 Perimeter Hill Dr | | | | |
| Nashville, TN 37211 | | | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Process accepted via Electronic Service

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Service Fee
1 HR × $65.00/hr = $65.00
Mileage -     $0
                    Total    $0   IFP

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Tara Jackson | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT: Tara Jackson, PADOC SCI-PHX   C/o Wellpath Holdings LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr., Collegeville PA 19426

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTIC@PA.GOV

Alt Address: Wellpath Holdings LLC, 3340 Perimeter Dr., Nashville, TN 37211

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER          DATE
                          02/21/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS:

Tara Jackson was terminated
as of 5/29/2022
No FW address provided

**United States Marshals Service**
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

**PROCESS RECEIPT AND RETURN**
*See Instructions for Service of Process by U.S. Marshal*

S. Department of Justice
ited States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Jackie Wood | Summons / Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE — Jackie Wood, PADOC SCI-PHX

AT — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Mokychic Dr., Collegeville, PA 19424

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RA-CRLITIGATIONNOTICE@PA.GOV

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER | DATE 02/21/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

REMARKS

Jacqueline Wood Was Terminated
Last Known address
was a P.O. Box
USMS does Not serve process to
P.O. Box
No Further Endeavor

United States Marshals Service
RECEIVED
MAR 1 6 2023
Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

U. S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See *Instructions for Service of Process by U. S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Vincent Lewald | 22-CV-04625 |
| DEFENDANT | TYPE OF PROCESS |
| Courtney Ciore | Summons / Complaint |

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| SERVE AT | Courtney Ciore, PADOC SCI-PHX |
| ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| 1200 Mokychic Dr., Collegeville, PA 19426 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy Vincent Lewald / NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 47 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

RA - CRLITIGATIONNOTIC@PA.GOV

Alt Address: 1920 Technology Parkway, Mechanicsburg, PA 17050

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 02/21/2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below.)

| Name and title of individual served (if not shown above) | | Date | Time | ☐ am ☐ pm |
|---|---|---|---|---|
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Courtney Ciore is a Contract Employee at SCI Phoenix

SCI Phoenix unable to accept Service on Behalf of Contract Employees

United States Marshals Service
RECEIVED

MAR 1 6 2023

Eastern District of Pennsylvania

Form USM-285
Rev. 03/21