IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PENNSYLVANIA

TROY LEWALD,

    Plaintiff,                               CIV. ACTION NO. 22-cv-04625-CFK

vs.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

## ORDER

**AND NOW**, this 21st day of April 2023, upon consideration of Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint (ECF No. 20), it is hereby **ORDERED** that said Motion is **GRANTED**. Defendants' response to Plaintiff's Complaint is due on **June 18, 2023.**

                                          **BY THE COURT:**

                                          /s/ Chad F. Kenney

                                          _____
                                          **CHAD F. KENNEY, JUDGE**