Dear Clerk: 04/20/2023

Re: 22-CV-04625

Please may I have an updated docket sheet?

Thank you!

Troy Lewald
NS1262
SCI-PHX
1200 Mokychic Dr.
Collegeville, PA 19426

Smart Communications/PADOC

SCI- PHY

Name Troy Lewald

Number NS1262

PO Box 33028  1200 Mokychic Dr.
St Petersburg FL 33733
Collegeville, PA 19426

U.S.M.S.
X-RAY

Clerk of Court
Pa. ED.
US Courthouse / 601 Market St.
Room 2609
Philadelphia, PA 19106

Legal Mail

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
04/21/2023
US POSTAGE $000.60
ZIP 19426
041M1225221

APR 2 5 2023
BY:_____