IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY LEWALD, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 22-CV-4625 |
| : | |
| PENNSYLVANIA DEPARTMENT : | |
| OF CORRECTIONS, *et al.*, : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 11th day of May 2023, after review of the docket, the Court's Order (ECF No. 5[1]), the U.S. Marshal Return (ECF No. 17[2]) and upon consideration of the filing at ECF No. 24[3], it is hereby **ORDERED** that:

1. The Clerk of Court shall issue summonses as to ECF No. 24 and provide the U.S. Marshals with a copy of ECF No. 24 and this Order.

2. Service of the summonses and the Complaint shall be made by the U.S. Marshals Service, upon those Defendants named in ECF No. 24 and only to the newly listed addresses provided therein.

3. All other provisions set forth in the Court's Order (ECF No. 5) shall remain in full force and effect.

---

[1] The Court's Order at ECF No. 5, directs that the parties should notify the Clerk's Office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights. (see ECF No. 24).

[2] The U.S. Marshal Return at ECF No. 17, shows that service was not able to be made as to Defendants Tara Jackson, Jackie Wood and Courtney Cione, and provide remarks as to same.

[3] ECF No. 24 appears to be Lewald's most recent Form USM-285(s) for Defendants Tara Jackson, Jackie Wood and Courtney Cione.

4. The above-captioned matter shall remain in SUSPENSE (ECF No. 13) until further Order of the Court.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**