IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LEWALD, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-4625 |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF CORRECTIONS, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of July 2023, after review of the docket, the Court's Order (ECF No. 5[1]), the U.S. Marshal Return as to Defendant Tara Jackson (ECF No. 28[2]) and upon consideration of the Plaintiff's Motion for Extension of Time for Service of Process Upon Defendant Tara Jackson (ECF No. 46), it is hereby **ORDERED** that:

1. The Motion (ECF No. 46) is **GRANTED in part and DENIED in part**.

2. The Clerk of Court shall issue summons as to Defendant Tara Jackson, only, and provide the U.S. Marshals with a copy this Order.

3. Service of the summonses and the Complaint shall be made by the U.S. Marshals Service upon Defendant Tara Jackson, only.

4. Plaintiff Troy Lewald shall provide the U.S. Marshals with an updated and correct address as to Defendant Tara Jackson.

---

[1] The Court's Order at ECF No. 5, directs that the parties should notify the Clerk's Office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights. (see Plaintiff's Motion for Extension of Time for Service of Process Upon Defendant Tara Jackson at ECF No. 46).

[2] The U.S. Marshal Return at ECF No. 28, was returned unexecuted as to Tara Jackson with the following remark: WellPath Staff at 3340 Perimeter Dr., Nashville, TN 37211, advised that Tara Jackson worked thru Alumni Healthcare, process not accepted by Wellpath.

5.  All other provisions set forth in the Court's Order (ECF No. 5) shall remain in full force and effect.

6.  The above-captioned matter shall remain in **SUSPENSE** (ECF No. 13) until further Order of the Court.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**