IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY LEWALD, | CIVIL DIVISION |
| Plaintiff, | 22-CV-4625 |
| vs. | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.,* | |
| Defendants. | |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

AND NOW, comes Defendant, Courtney Cione, CRNP, by and through her attorneys, Baum O'Connor Cullen Chmiel, P.C., and files the following Motion to Dismiss Plaintiff's Complaint with prejudice for the reasons set forth more fully in the accompanying brief filed simultaneously with this Motion.

BAUM O'CONNOR CULLEN CHMIEL
***Electronically Filed***

By: /s/ *Cassidy L. Neal*
    Cassidy L. Neal, Esquire
    PA I.D. 311979
    Counsel for Courtney Cione, CRNP,
    Defendant

912 Fort Duquesne Blvd
Pittsburgh, PA 15222
(412) 338-4750

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am this day serving a true and correct copy of the foregoing **MOTION TO DISMISS PLAINTIFF'S COMPLAINT** upon all parties, via CM/ECF and regular U.S. Mail, this 4th day of August, 2023.

Troy Lewald, Inmate #NS-1262
Smart Communications/PA DOC
SCI Phoenix
P.O. Box 33028
St. Petersburg, FL  33733
***Pro Se Plaintiff***

BAUM O'CONNOR CULLEN CHMIEL
***Electronically Filed***

By:  /s/ *Cassidy L. Neal*
Cassidy L. Neal, Esquire
PA I.D. 311979
Counsel for Courtney Cione, CRNP, Defendant

912 Fort Duquesne Blvd
Pittsburgh, PA 15222
(412) 338-4750

IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY LEWALD,<br><br>        Plaintiff,<br>vs.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.,*<br><br>        Defendants. | CIVIL DIVISION<br><br>22-CV-4625 |

### **ORDER OF COURT**

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant Courtney Cione, CRNP's Motion to Dismiss Plaintiff's Complaint, it is hereby ORDERED, ADJUDGED, and DECREED that said motion is GRANTED.

BY THE COURT:

_____/J.