# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY LEWALD,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| | : | |
| *Defendants.* | : | **NO. 22-cv-04625** |

## ORDER

**AND NOW**, this 4th day of August 2023, it appearing to the court that the above-captioned case, which was placed in civil suspense on February 23, 2023, is still unable to proceed to trial without delay for reasons which are beyond the court's control, and in accordance with Section 1(c) of the Civil Suspense Docket Standing Order of June 24, 1975, it is hereby **ORDERED** that this case shall remain in suspense for no more than six months from the date of this Order unless continued in suspense status by further order of the court (see ECF No. 13[1]).

It is so **ORDERED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] Waiting for Prisoner Civil Rights Panel Attorney Acceptance