IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY LEWALD,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF CORRECTIONS "PADOC"** | : | |
| *Defendant.* | : | **NO. 22-cv-04625** |

# O R D E R

**AND NOW,** this **3rd** day of **June 2025**, after review of the docket and consideration of Defendant's Motion for Summary Judgment (ECF No. 130), Defendant's response and objections thereto (ECF Nos. 135–36), and the accompanying exhibits, for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF No. 130) is **GRANTED**. The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**